UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

SARAH FORD,

    Plaintiff,

v.                                                       C.A. No. 25-644

LANDS' END, INC.,

    Defendant.

## COMPLAINT

### Introduction

1. Plaintiff Sarah Ford ("Plaintiff"), by her undersigned counsel, brings this action against her employer, Defendant Lands' End, Inc. ("Defendant"), for unpaid overtime wages, liquidated damages, and reasonable attorney fees and costs under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* ("FLSA").

### Jurisdiction and Venue

2. This Court has original subject matter jurisdiction under 28 U.S.C. § 1331 because it involves a federal question under the FLSA.

3. Venue is proper in this Court under 28 U.S.C. § 1391.

### Parties

4. Plaintiff Sarah Ford is an adult resident of the State of Wisconsin, residing in Portage County. At all relevant times, Plaintiff is an "employee" of Defendant Lands' End, Inc., within the meaning of 29 U.S.C. § 203(e).

5. Defendant Lands' End Inc., is a Wisconsin corporation, based in Iowa County. It is in the business of selling clothing and home goods products.

## Factual Background

6. Within the past three (3) years, specifically from August 1, 2022 to November 20, 2023, Defendant employed Plaintiff as a Sales Account Manager.

7. Plaintiff performed her position remotely, working from her home. Her primary duty was the performance of non-exempt work under the FLSA, specifically, seeking out new business opportunities, generating and securing sales, and developing customer partnerships and relationships.

8. Within the past three (3) years, between August 1, 2022 and November 20, 2023, Defendant regularly suffered or permitted Plaintiff to work in excess of forty (40) hours per week and failed to compensate her at a rate of one and one-half (1 ½) times her regular rate for all hours that she worked above 40 per week.

9. Defendant was or should have been aware of its obligation to pay Plaintiff time-and-a-half for all hours that she worked in excess of 40 per week.

## Claim for Relief
### Count I: Violation of the Fair Labor Standards Act
### (Failure to Pay Overtime Wages)

10. The FLSA, 29 U.S.C. § 207, requires employers to pay non-exempt employees one and one-half (1 ½) times their regular rates of pay for all hours worked in excess of 40 hours per week.

11. Plaintiff was not exempt for overtime purposes under the FLSA or its implementing regulations.

12. At all relevant times, Defendant willfully or recklessly and in bad faith failed and refused to pay Plaintiff overtime as required by the FLSA.

13. Under 29 U.S.C. § 216, Plaintiff is entitled to unpaid overtime damages, liquidated damages equal to the amount of her unpaid overtime damages, reasonable attorney fees and costs.

**WHEREFORE**, Plaintiff Sarah Ford respectfully requests that the Court enter Judgment against Defendant Lands' End Inc., pursuant to 29 U.S.C. § 216, awarding Plaintiff:

1) unpaid overtime wage damages, in an amount to be proven to the Court;

2) liquidated damages equal to one hundred percent (100%) of her unpaid overtime wage damages; and

3) reasonable attorney fees and costs, in an amount to be proven to the Court.

Dated this 1st day of August, 2025.

Respectfully submitted,

**O'CONNOR LAW FIRM**
*Attorney for Plaintiff Sarah Ford*

*s/ Patrick M. O'Connor*
Patrick M. O'Connor, Esq. (SBN 1094992)
PO Box 930133
Verona, WI 53593
(608) 203-6349
pat@wilaborlaw.com